UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No. 09-00064-CR-LINARES

UNITED STATES OF AMERICA

v.

ANTHONY F. NATALE,

      Defendant.
_____/

## ORDER

**THIS CAUSE** having come before this Court on defendant Anthony Natale's Request for Judgment ("Request for Judgment") (DE 24), and Motion for Injunctive Relief (the "Injunctive Relief Motion") (DE 23), and this Court having considered those filings and the Government's Amended Response in Opposition to Defendant's Requests for an Amended Judgment and Injunctive Relief (DE 26),

**IT IS HEREBY ORDERED** that the Request for Judgment and Motion for Injunctive Relief are denied as moot.

**DONE AND ORDERED** at Newark, New Jersey this 27 day of March, 2012.

                                                      HONORABLE JOSE L. LINARES
                                                    United States District Judge